# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

RODNEY CONLEY,

      CASE NO. 2:11-cv-1142

    Petitioner,

      District Judge James L. Graham
      Magistrate Judge Michael R. Merz

WARDEN,  Ross Correctional Institution

    Respondent.

## TRANSFER ORDER

With the consent of both of them and of District Judge Graham, the reference of this case is hereby transferred from Magistrate Judge Deavers to Magistrate Judge Merz.

March 19, 2013.

                              s/ *Michael R. Merz*
                              United States Magistrate Judge